## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## DELTA DIVISION

**UNITED STATES OF AMERICA**                                   **PLAINTIFF**

   v.                              No. 2:20-cr-13-DPM

**BOOKER YOUNG**                                              **DEFENDANT**

### ORDER

Motion, *Doc. 24*, granted.  The Information against Booker Young is dismissed without prejudice.

So Ordered.

*NPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

2 February 2021